**IT IS ORDERED as set forth below:**

**Date: October 22, 2018**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| CHERYL THOMAS MITCHELL | * | CASE NO.: 14-52615-LRC |
| | * | |
| | * | |
| Debtor | * | |

### ORDER GRANTING MOTION TO MODIFY MORTGAGE

This matter arose upon Debtor's "Motion to Modify Mortgage" ("Motion"), filed in the above-styled Chapter 13 case on July 11, 2018 (Doc# 60). The Motion requests that Debtor be allowed to Modify her mortgage with Seterus from a 30 year fixed rate loan with a current interest rate of 6.625% to a 40 year fixed rate loan with an interest rate of 4%. Debtor's monthly payment will go from $795 to $690.66. This amount includes a principle and interest payment of $452.16 and escrow in the amount of $238.50. Upon proper notice, a hearing was held on August 14, 2018, at 1:45pm. At the hearing, appearances were made by counsel for the Debtor

and the Chapter 13 Trustee. No other appearances were made and no objections to the motion were timely filed. Accordingly, it is hereby

ORDERED that Debtor's Motion to Modify Mortgage is GRANTED. Debtor may Modify her loan with Seterus for the approximate terms stated.

Prepared by:

_____/s/_____
Nichole R. James
Georgia Bar# 142699
Attorney for Debtor
Wright & James, P.C.
752 Moreland Avenue
Ste. 7
Atlanta, GA 30316
404-624-7447

No Opposition by:

_____/s/_____
William A. Bozarth
Attorney for Chapter 13 Trustee
Georgia Bar #940530
Melissa J. Davey, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

DISTRIBUTION LIST

Nichole R. James
Wright & James, PC
752 Moreland Avenue
Ste. 7
Atlanta, GA 30316

Melissa J. Davey, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Cheryl Thomas Mitchell
2550 Nevels Road
Atlanta, GA 30349

Seterus
P.O. Box 1077
Hartford, CT 06143